USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

-against-

MARCOS GONZALEZ,

                Defendant.

19-CR-289 (VEC)

**ORDER**

Upon the application of Marcos Gonzalez, by his attorney Michael Tremonte, Esq., for an order authorizing the appointment of Elizabeth Janszky, Esq., an associate of the firm Sher Tremonte LLP, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Elizabeth Janszky, Esq. is appointed to assist in the representation of Marcos Gonzalez in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

Dated: New York, New York
       March  1, 2021

SO ORDERED

_____
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York