USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

MARCOS GONZALEZ,

Defendant.

---

19-CR-289 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 11, 2026, Mr. Gonzalez moved for early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1).

IT IS HEREBY ORDERED that Probation must provide its position on Mr. Gonzalez's request **no later than Thursday, October 1, 2026**.

**SO ORDERED.**

**Date: September 16, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**